OPINION — AG — ** BOARD OF EXAMINERS FOR SPEECH PATHOLOGY AND AUDIOLOGY — RULES ** THE STATE BOARD OF EXAMINERS FOR SPEECH PATHOLOGY AND AUDIOLOGY DOES HAVE AUTHORITY TO ESTABLISH RULES AND REGULATIONS GOVERNING THE INDIVIDUALS DESCRIBED IN 59 O.S. 1974 Supp., 1604 [59-1604](3) WHEN THOSE RULES AND REGULATIONS ARE IN AID OF AND NOT IN DEROGATION OF THE LAW AND LEGISLATIVE PURPOSE FOR WHICH THAT STATUTE WAS PROMULGATED. CITE: 59 O.S. 1974 Supp., 1604 [59-1604] (DONALD B. NAVARD)